UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEAGEM PARTNERS LLC et al.,

                Plaintiffs,

-against-

WEBBANK,

                Defendant.

24-CV-03424 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On May 7, 2024, the Court issued an order directing Plaintiffs to amend the Complaint to properly allege the citizenship of each of the Plaintiff LLCs to show that the case is properly before the Court on the grounds of diversity jurisdiction; the Court warned that failure to amend the Complaint to allege complete diversity of citizenship would result in dismissal of the action for lack of subject matter jurisdiction. *See* Dkt. No. 3. On June 21, 2024, Plaintiffs requested an extension of the time to amend the Complaint, and the Court granted an extension until July 2, 2024. *See* Dkt. Nos. 4 and 5. Over a week has passed since that extended deadline, and Plaintiffs have yet to amend the Complaint or to request any further extensions of time.

      Although dismissal would be warranted at this point, the Court *sua sponte* extends the time to amend the Complaint to **July 19, 2024.** If, by this date, Plaintiffs fail to amend the Complaint to truthfully allege complete diversity of citizenship, then the action will be dismissed for lack of subject matter jurisdiction without further notice to any party.

Dated: July 12, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge